1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PPG INDUSTRIES, INC., | Case No. 5:16-mc-80161 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| JIANGSU TIE MAO GLASS CO., LTD., et al., | |
| Defendants. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Howard R. Lloyd to determine whether it is related to 5:16-mc-80160 HRL, PPG Industries, Inc. v Jiangsu Tie Mao Glass Co., Ltd, et al.

IT IS SO ORDERED.

Date:  August 17, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-mc-80161 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES